147 A.3d 407

**STEUART, John Douglas**

v.

**STATE of Maryland**

**Pet. Docket No. 332, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

(No. 13-K-16-002790, Circuit Court for Baltimore County). Petition for writ of certiorari denied.

∎

147 A.3d 407

**STONE, Robert William, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 339, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1621, Sept. Term, 2014).

Petition for writ of certiorari denied.